333 A.2d 844

**In re ESTATE of William O. STRONG, Deceased.**

**Appeal of John R. STRONG et al.**

Supreme Court of Pennsylvania.

Argued Nov. 21, 1974.

Decided March 18, 1975.

John D. Dunmire, Waters, Fleer, Cooper & Gallager, Norristown, for appellants.

Donald L. Toner, Doylestown, for appellee Wynne James, Jr., Smith & Toner, Doylestown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs to be paid by appellants.

POMEROY, J., took no part in the consideration or decision of this case.

12. See note 11 supra.